

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

ZS (Plaintiff)

v.

BAY MOUNTAIN CAPITAL LLC,
STEWART TITLE GUARANTY
COMPANY (Defendants)

Case No.:

COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, AND INJUNCTIVE RELIEF

3-25CV0703-B

Plaintiff ZS ("Plaintiff"), proceeding under a pseudonym to protect financial privacy and prevent future lender discrimination, brings this Complaint against BAY MOUNTAIN CAPITAL LLC ("Bay Mountain") and STEWART TITLE GUARANTY COMPANY ("Stewart Title") for violations of the Truth in Lending Act (TILA), Real Estate Settlement Procedures Act (RESPA), breach of contract, unjust enrichment, wrongful foreclosure, and breach of fiduciary duty.

## JURISDICTION & VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction) because Plaintiff asserts claims under TILA (15 U.S.C. § 1601 et seq.) and RESPA (12 U.S.C. § 2601 et seq.).

2. This Court also has diversity jurisdiction under 28 U.S.C. § 1332, as Plaintiff is a Texas resident, and Defendants are Texas-based companies, with the amount in controversy exceeding $75,000.

3. Venue is proper in the Northern District of Texas, Dallas Division, under 28 U.S.C. § 1391 because:
    - Bay Mountain Capital is headquartered in Dallas, Texas and transacts business in this District.
    - Stewart Title Guaranty Company is headquartered in Houston, Texas but conducts business across Texas, including Dallas.

## PARTIES

4. Plaintiff ZS is an individual residing in Texas and proceeding under a pseudonym for privacy and financial protection.

5. Defendant BAY MOUNTAIN CAPITAL LLC is a private lending company headquartered at 3824 Cedar Springs Rd, Suite 412, Dallas, TX 75219.

6. Defendant STEWART TITLE GUARANTY COMPANY is a title insurance and escrow company headquartered at 1360 Post Oak Blvd, Suite 100, Houston, Texas 77056.

## FACTUAL ALLEGATIONS

### A. Bay Mountain's Deceptive Lending & Overcharges

7. Bay Mountain Capital provided commercial mortgage loans to Plaintiff secured by multiple properties, including those located in Oklahoma.

8. Bay Mountain applied an 18% default interest rate, despite Plaintiff's continued efforts to extend the loan and despite Bay Mountain admitting in prior communications that it deferred extension fees until the loan closed.

9. Plaintiff never missed a payment and was actively working to refinance with Velocity Mortgage. However, Bay Mountain:
   - Wrongfully applied default interest of 18% despite extension negotiations.
   - Charged an unauthorized "exit fee" without proper disclosure at loan origination.
   - Initiated wrongful foreclosure proceedings despite knowing a refinance was in progress.

### B. Stewart Title's Mishandling of Escrow & Excessive Fees

10. Plaintiff provided Stewart Title explicit written instructions on January 30, 2025, NOT to release mechanic's lien funds.

11. Despite this, Stewart Title wrongfully disbursed these funds, breaching its fiduciary duty.

12. Stewart Title also charged excessive and unreasonable title and escrow fees, including:
    - Title Search Fee: $4,200 (3x standard rate)
    - Interim Title Report Fee: $1,400 (not a required charge)
    - UCC Search Fee: $700 (should be $50–100)

13. Stewart Title's wrongful disbursement of funds caused direct financial harm to Plaintiff.

## CAUSES OF ACTION

**COUNT I – VIOLATIONS OF THE TRUTH IN LENDING ACT (TILA) (15 U.S.C. § 1601 et seq.) (Against Bay Mountain Capital)**

14. Bay Mountain failed to clearly disclose the exit fee and default interest charges, violating TILA.
15. Bay Mountain's imposition of unauthorized charges constitutes deceptive lending.

**Relief Sought:**
- Full refund of unauthorized fees.
- Statutory damages under TILA.
- Injunctive relief barring Bay Mountain from further unauthorized fees.

## COUNT II – VIOLATIONS OF RESPA (12 U.S.C. § 2601 et seq.) (Against Both Defendants)

16. Bay Mountain and Stewart Title charged excessive and undisclosed settlement fees in violation of RESPA.
17. Stewart Title engaged in deceptive settlement practices by failing to follow escrow instructions.

**Relief Sought:**
- Refund of all excessive and undisclosed fees.
- Statutory damages under RESPA.

## COUNT III – BREACH OF CONTRACT (Against Bay Mountain Capital)

18. Bay Mountain Capital breached its contract by:
- Wrongfully applying default interest despite Plaintiff's compliance.
- Charging an unauthorized exit fee.

**Relief Sought:**
- Damages for breach of contract.
- Attorney's fees and costs.

## COUNT IV – BREACH OF FIDUCIARY DUTY (Against Stewart Title)

19. Stewart Title breached its fiduciary duty by disbursing escrowed funds despite explicit instructions not to do so.

**Relief Sought:**

- Compensatory and punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter judgment in his favor and grant the following relief:

A. Compensatory damages exceeding $150,000.00 for wrongful fees, overcharges, and foreclosure-related costs.

B. Statutory damages under TILA and RESPA.

C. An injunction barring Bay Mountain from applying further default interest or exit fees.

D. A court order compelling Stewart Title to refund all escrow and title overcharges.

E. Attorney's fees, litigation costs, and any other relief the Court deems just.

## JURY DEMAND

Plaintiff demands a trial by jury on all triable issues.

Respectfully submitted,

ZS

ZS (Plaintiff – Proceeding Under Pseudonym)
300 E.South St
#391
Arlington, TX 76004
(469)704-8955

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Z.S. (Proceeding Under Pseudonym)

**DEFENDANTS**
BAY MOUNTAIN CAPITAL LLC,
STEWART TITLE GUARANTY COMPANY

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)* FOR STEWART TITLE GUARANTY CO
KYLE PHILLIPS - IN HOUSE COUNSEL

RECEIVED MAR 24 2025 CLERK U.S. NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☒ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
(TILA) – 15 U.S.C. § 1601 et seq.(RESPA) – 12 U.S.C. § 2601 et seq.,Breach of Contract & Unjust EnricH'
Brief description of cause:
Pla brings this action for violations of fed lending laws, wrongful foreclosure, misallocation of escrow ,Breach

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 150,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE 03/21/2025
SIGNATURE OF ATTORNEY OF RECORD
Z.S. (Proceeding Under Pseudonym)

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

ZAK SHAIK
300 E. South St
#91
Arlington, TX 76004

RECEIVED
MAR 24 2025
KM

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NORTH TEXAS X BBDC
DALLAS TX 750
20 MAR 2025 PM 6 L

75242-039799

U.S. District Court
Northern District
1100 Commerce St
Dallas, TX 75242



[NEW CIVIL COMPLAINT]