IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZAH SHAIK, a.k.a. Zia Shaikh, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-703-B-BW |
| | § | |
| BAY MOUNTAIN CAPITAL LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate partial judgment, the Court will **DISMISS** Plaintiff's claims against Defendant Bay Mountain Capital, LLC for failure to serve the defendant pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED** this 26th day of May, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE