IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZAH SHAIK, a.k.a. Zia Shaikh, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-703-B-BW |
| | § | |
| STEWART TITLE OF OKLAHOMA, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, Defendant Stewart Title of Oklahoma, Inc.'s motion to dismiss (Doc. 69) is **GRANTED**. Plaintiff Zah Shaik may, within 21 days from the date of this order, file an amended complaint. If Plaintiff fails to file an amended complaint before his deadline to do so, the Court will enter a final judgment dismissing Plaintiff's claims against Stewart Title with prejudice.

**SO ORDERED** this 11th day of August,2026.

**JANE J. BOYLE**
**SENIOR UNITED STATES DISTRICT JUDGE**