IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZAH SHAIK, a.k.a. Zia Shaikh, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-703-B-BW |
| | § | |
| STEWART TITLE OF OKLAHOMA, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, Defendant Stewart Title of Oklahoma, Inc.'s motion to dismiss (Doc. 79) is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(3) for lack of venue and **DENIED** without prejudice as to all other grounds.

This action is **TRANSFERRED** to the United States District Court for the Eastern District of Oklahoma pursuant to 28 U.S.C. § 1406(a). In accordance with Northern District of Texas Local Civil Rule 62.2, the Court's transfer order is **STAYED** for 21 days. In the event both parties file a consent to the transfer during that time, the Clerk of Court may transfer the case immediately upon the notice of the last consenting party.

**SO ORDERED** this 2nd day of November, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE